# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>SMS Enterprises Inc.,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 19-21332 (ABA) |
|---|---|

## NOTICE OF WITHDRAWAL OF PROOF OF
## CLAIM OF VINELAND MUNICIPAL UTILITIES

Vineland Municipal Utilities by and through their undersigned counsel, hereby withdraws it *Proof of Claim* against SMS Enterprises, Inc. filed July 1, 2019 in the amount of $10,983.17 and assigned Claim No. 7-1. Said claim was filed in error with an incorrect PDF attachment.

Dated: July 25, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Medio Law Firm, LLC

　　　　　　　　　　　　　　　　　　　　s/ Jeffrey N. Medio
　　　　　　　　　　　　　　　　　　　　Jeffrey N. Medio, Esq
　　　　　　　　　　　　　　　　　　　　717 E. Elmer St.
　　　　　　　　　　　　　　　　　　　　Vineland, NJ 08360
　　　　　　　　　　　　　　　　　　　　Tel: (609) 364-4575
　　　　　　　　　　　　　　　　　　　　Email: jmedio@mediolawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Creditor, Vineland Municipal Utilities*