| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| E. RICHARD DRESSEL, ESQUIRE (ED 1793) FLASTER/GREENBERG P.C. Commerce Center 1810 Chapel Avenue West Cherry Hill, NJ 08002-4609 (856) 661-2280 Counsel for SMS Enterprises Inc., Debtor-in-Possession | Order Filed on December 12, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: SMS ENTERPRISES INC.,[1] Debtor. | Honorable Andrew B. Altenburg Chapter: 11 Bankr. No.: 19-21332(ABA) Hearing Date: December 12, 2019 @ 2:00 p.m. |

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page, numbered two (2) through two (2), is hereby ORDERED.

**DATED: December 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtor in these Chapter 11 Cases (joint administration pending) and the last four digits of the employee identification numbers are SMS Enterprises, Inc. 6659, SPS Enterprises, Inc. 2466 and ETA Enterprises, Inc., 3019.

**(Page 2)**
Debtor: SMS Enterprises Inc.
Case No.: 19-21332(ABA)
**ORDER GRANTING FINAL ALLOWANCES**

The Court having found that the person(s) named below filed an Application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that final compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Flaster/Greenberg P.C. | $37,388.25 | $2,470.65 |

7468258 v1

2