| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609<br>(856) 661-2280<br>Counsel for SMS Enterprises Inc.,<br>  Debtor-in-Possession | Order Filed on December 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SMS ENTERPRISES INC.,[1]<br><br>                Debtor. | Honorable Andrew B. Altenburg<br><br>Chapter:  11<br><br>Bankr. No.:  19-21332(ABA)<br><br>Hearing Date:  December 12, 2019<br>                    @ 2:00 p.m. |

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page, numbered two (2) through two (2), is hereby ORDERED.

**DATED: December 12, 2019**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtor in these Chapter 11 Cases (joint administration pending) and the last four digits of the employee identification numbers are SMS Enterprises, Inc. 6659, SPS Enterprises, Inc. 2466 and ETA Enterprises, Inc., 3019.

**(Page 2)**
Debtor: SMS Enterprises Inc.
Case No.: 19-21332(ABA)
**ORDER GRANTING FINAL ALLOWANCES**

The Court having found that the person(s) named below filed an Application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that final compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Flaster/Greenberg P.C. | $37,388.25 | $2,470.65 |

7468258 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-21332-ABA
SMS Enterprises Inc.                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1            Date Rcvd: Dec 12, 2019
                                Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db              +SMS Enterprises Inc.,    P.O. Box 588,    Marlton, NJ 08053-0588
aty             +Flaster/Greenberg P.C.,    Commerce Centr,    1810 Chapel Avenue West, Third Floor,
                 Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com
              David  Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com
              E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc.
               rick.dressel@flastergreenberg.com,    erika.letteri@ecf.inforuptcy.com
              E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc.
               rick.dressel@flastergreenberg.com,    erika.letteri@ecf.inforuptcy.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com
              Judith C. Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               jarnold@grucciopepper.com,    jmorvay@grucciopepper.com
              Judith C. Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord
               jarnold@grucciopepper.com,    jmorvay@grucciopepper.com
              Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com
              Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com
              Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC
               rpatella@kraemerburns.com
              Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 19