UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL W. VERNER (PV 0274)
VERNER SIMON
FIVE GREENTREE CENTRE
525 ROUTE 73 NORTH, SUITE 104
MARLTON, NJ 08053
Counsel for Debtors-in-Possession

Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

In Re:

SMS ENTERPRISES INC. et al,

Debtor.

Case No.: __19-21332 (ABA)__

Hearing Date: February 13, __2020 @ 10__

Judge: __Andrew B. Altenburg__

Chapter: __11(Jointly Administered)__

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Debtor and the US Trustee provided informal objections to the fee application; and in response to those objections, the Applicant has agreed to reduce its TOTAL fee to the amount of the retainer it received in these cases, which was $3,850.00, and to waive any and all other fees against all Debtors and estates in all these jointly administered cases; and the court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Paul W. Verner | $3,850.00 | $0.00 |

*rev.8/1/15*