UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAUL W. VERNER (PV 0274)
VERNER SIMON
FIVE GREENTREE CENTRE
525 ROUTE 73 NORTH, SUITE 104
MARLTON, NJ 08053
Counsel for Debtors-in-Possession

**Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

In Re:

SMS ENTERPRISES INC. et al,

Debtor.

Case No.:      19-21332 (ABA)

Hearing Date: February 13, 2020 @ 10

Judge:      Andrew B. Altenburg

Chapter:    11 (Jointly Administered)

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Debtor and the US Trustee provided informal objections to the fee application; and in response to those objections, the Applicant has agreed to reduce its TOTAL fee to the amount of the retainer it received in these cases, which was $3,850.00, and to waive any and all other fees against all Debtors and estates in all these jointly administered cases; and the court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Paul W. Verner | $3,850.00 | $0.00 |

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
SMS Enterprises Inc.  
    Debtor

Case No. 19-21332-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 13, 2020  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.  
db           +SMS Enterprises Inc.,   P.O. Box 588,   Marlton, NJ 08053-0588  
aty          +Flaster/Greenberg P.C.,   Commerce Centr,   1810 Chapel Avenue West, Third Floor,    Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:

      Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.     damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com  
      Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.     damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com  
      Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.     damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com  
      Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com  
      David Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com  
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com  
      E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com  
      E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com  
      E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com  
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,     jeffrey.m.sponder@usdoj.gov  
      Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,     jeffrey.m.sponder@usdoj.gov  
      Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com  
      Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli     jarnold@grucciopepper.com,   jmorvay@grucciopepper.com  
      Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord     jarnold@grucciopepper.com,   jmorvay@grucciopepper.com  
      Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com  
      Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com  
      Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com  
      Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com  
      Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC     rpatella@kraemerburns.com  
      Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net  
      Stephen McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli     smcnally@cmsfirm.com,   lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                           TOTAL: 22