UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Damien Nicholas Tancredi, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(215) 587-5675
damien.tancredi@flastergreenberg.com
*Counsel to Debtors in Possession*

In Re:

SMS Enterprises, Inc. *et al.*

Case No.:        19-21332

Adv. Pro. No.: n/a

Chapter:        11

Hearing Date:  March 12, 2020

Judge:          ABA

## ADJOURNMENT REQUEST

1.  I, Damien Nicholas Tancredi ,

    ☒   am the attorney for: Debtors, SMS Enterprises, Inc., SPS Enterprises, Inc., and ETA Enterprises, Inc.,

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Assume Commercial Leases

    Current hearing date and time: March 12, 2020 at 10:00 a.m.

    New date requested: April 20, 2020 at 10:00 a.m.

    Reason for adjournment request: Landlords and purchaser of Debtors' assets are exchanging

adequate assurance information.  This hearing will be held at the same time as a motion to sell all assets of the Debtors, which is expected to be filed on or before March 21, 2020.

2. Consent to adjournment:

☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 11, 2020                            */s/ Damien Nicholas Tancredi*
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  4/20/20 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.9/23/15*

3