UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-21332 |
| SMS Enterprises, Inc. *et al.* | Chapter: | 11 |
| | Judge: | Altenburg |

## NOTICE OF PROPOSED PRIVATE SALE

SMS Enterprises, Inc., SPS Enterprises, Inc., and ETA Enterprises, Inc., the Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse

401 Market Street

Camden, NJ

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on April 20, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 4B (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**  All noncash assets of the Debtors, as described more fully in the Debtors' motion seeking approval of the sale.

**Proposed Purchaser:**  Dev Foods 3, LLC

**Sale price:**  $1,300,000 less assumed liabilities (capped at $20,000) plus the value of inventory purchased.

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:**
**Amount to be paid:**
**Services rendered:**

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        Damien Nicholas Tancredi, Esq.

Address:        1810 Chapel Avenue West, Cherry Hill, NJ 08002

Telephone No.: (215) 587-5675

7694158 v1

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 19-21332-ABA
SMS Enterprises Inc.                                                Chapter 11
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 3           Date Rcvd: Mar 24, 2020
                              Form ID: pdf905           Total Noticed: 106


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db             +SMS Enterprises Inc.,    P.O. Box 588,    Marlton, NJ 08053-0588
aty            +Flaster/Greenberg P.C.,    Commerce Centr,    1810 Chapel Avenue West, Third Floor,
                 Cherry Hill, NJ 08002-4606
aty            +Kevin J Bloom,    Park 80 West- Plaza II,    250 Pehle Avenue, Suite 200,
                 Saddle Brook, NJ 07663-5835
aty            +Paul William Verner,   Verner Simon,    Five Greentree Centre,    #104,    525 Rt. 73 North,
                 Marlton, NJ 08053-3422
intp           +Cape Atlantic Food Services, LLC,    91 Mays Landing Road,    Somers Point, NJ 08244-1111
cr             +Covenant Bank,    Attn Banks and Banks,    3038 Church Road,    Lafayette Hill, PA 19444-1717
acc            +Michael Yarrow,    Withumsmith+Brown, PC,    506 Carnegie Center #400,    Princeton, NJ 08540-6243
518287403      +ADVANCE MERCHANT SERVICES,    160 PEARL STREET,    NEW YORK, NY 10005-1617
518287404      +ARA ARZOUMANIAN,    10 WELLINGTON COURT,    MOUNT LAUREL, NJ 08054-3352
518287405      +ATLANTIC CITY ELECTRIC,    P.O. BOX 1361,    PHILADELPHIA, PA 19105
518287406      +BABBITT MANUFACTORING COMPANY INC,    719 PARK AVENUE,    VINELAND, NJ 08360-3231
518354948      +Bianco Security,    2325 Magnolia Rd,    Vineland, NJ 08361-6646
518354949      +Bimbo/Stroehmann,    255 Business Center,    Horsham, PA 19044-3424
518496758      +Burger King Corporation,    5707 Blue Lagoon Dr.,    Miami, FL 33126-2015
518358296      +Burger King Franchise Agreement,    5505 Blue Lagoon Drive,    Miami, FL 33126-2029
518287409      +CARTRIDGE WORLD OF VINELAND,    1370 S. MAIN RD,    UNIT 8,   VINELAND, NJ 08360-6501
518287410      +CINTAS CORP,    P.O. BOX 630803,    CINCINNATI, OH 45263-0803
518287411      +CIT,   1 CIT DR,    LIVINGSTON, NJ 07039-5703
518287412      +COCA COLA NA,    P.O. BOX 102703,    ATLANTA, GA 30368-2703
518287413      +COLONIAL ELECTRIC SUPPLY,    201 W. CHURCH RD,    KING OF PRUSSIA, PA 19406-3247
518287416      +CONNOVER PACKAGING,    119 DESPATCH DRIVE,    EAST ROCHESTER, NY 14445-1447
518287417      +COPY DOCTORS,    P.O. BOX 831,    NORTHFIELD, NJ 08225-0831
518287418      +COVENANT BANK,    60 N. MAIN STREET,    DOYLESTOWN, PA 18901-3730
518287419      +DEARBORN NATIONAL LIFE INSURANCE,    36788 EAGLE WAY,    CHICAGO, IL 60678-0367
518287420      +ELLIOTTS SEPTIC,    P.O. BOX 540,    PORT ELIZABETH, NJ 08348-0540
518287421      +FCC COMMERCIAL FURNITURE,    8452 OLD HWY 99 NORTH,    ROSEBURG, OR 97470-9594
518287422      +FOX CAPITAL GROUP,    140 BROADWAY 46TH FLOOR,    NEW YORK, NY 10005-1155
518287424      +FRANKLIN MACHINE PRODUCTS LLC,    101 MT. HOLLY BYPASS,    LUMBERTON, NJ 08048-1113
518287425      +FREDERICK CARPENTER,    11 Vernon Lane,    Centereach, NY 11720-2811
518287426      +FREEMAN MATHIS & GARY,    100 GALLERIA PKWY,    SUITE 1600,    ATLANTA, GA 30339-5948
518287427      +FRONT LINE,    P.O. BOX 670,    ONTARIO, CA 91762-8670
518287428      +GRAVINO & VITTESE, PCS,    23 EUCLID STREET,    P.O. BOX 618,    WOODBURY, NJ 08096-7618
518287430      +HORIZON BCBS OF NEW JERSEY,    P.O. BOX 10130,    NEWARK, NJ 07101-3130
518287431      +HUNTER ADVANCE GRAVITY,    845 SW 17TH STREET,    FORT LAUDERDALE, FL 33315-1610
518287432      +ICEE CORP,    P.O. BOX 515723,    LOS ANGELES, CA 90051-5203
518383592      +ICEE Company,    1205 S. Dupont Ave.,    Ontario, CA 91761-1536
518287434      +IPFS,    24722 NETWORK PLACE,    CHICAGO, IL 60673-1247
518287435      +JERSEY COAST FIRE,    377 ASBURY RD,    FARMINGDALE, NJ 07727-3604
518301130      +KASH Capital,    475 Northern Blvd Floor 3,    Suite 36,    Great Neck, NY 11021-4819
518287437      +KELLY SWIFT,    10 WELLINGTON COURT,    MOUNT LAUREL, NJ 08054-3352
518287438      +KEY BANK,    601 N. POTTSTOWN PIKE,    EXTON, PA 19341-1660
518607752      +Kash Capital,    Attn Ariel Bouskila,    80 Broad Street, Suite 3303,    New York, NY 10004-2209
518287439      +LANDIS SEWAGE AUTHORITY,    1776 S. MILL RD,    VINELAND, NJ 08360-6200
518287440      +MAINES PAPER AND FOOD SERVICE INC,    101 BROOME CORP PARKWAY,    P.O. BOX 450,
                 CONKLIN, NY 13748-0450
518287441      +MARLTON COMPUTER SERVICES INC,    230 N MAPLE AVENUE B3,    MARLTON, NJ 08053-9412
518287442      +MIKE ZUMPINO,    834 PATTERSON DRIVE,    LANDSDALE, PA 19446-5432
518287443      +MITCHELL WEISS,    4 YEARLING CHASE,    MOUNT LAUREL, NJ 08054-4832
518534585      +Maintree Shopping Center LP,    c/o Julie M. Murphy Esq,    Hyland Levin Shapiro LLP,
                 6000 Sagemore Drive,    Marlton NJ 08053-3900
518506539      +Maintree Shopping Center, L.P.,    1519 Spruce Street,    Philadelphia, PA 19102-4577
518509875      +Michael Zumpino,    834 Patterson Drive,    Lansdale, PA 19446-5432
518287444      +NEW JERSEY MANUFACTORERS INS CO,    301 SULLIVAN WAY,    W TRENTON, NJ 08628-3496
518354951      +Netsurion,    100 W. Cypress Creek,    Suite 530,    Fort Lauderdale, FL 33309-2181
518398987       New Jersey Manufacturers Insurance Co.,    302 Sullivan Way,    W. Trenton, NJ 08628
518287446      +PAYDAY PAYROLL RESOURCES,    655 CREEK RD,    BELLMAWR, NJ 08031-2409
518287447      +PITNEY BOWES FINANCIAL,    P.O. BOX 371887,    PITTSBURGH, PA 15250-7887
518287448      +PTW POWERWASH,    23 ABINGTON WAY,    LUMBERTON, NJ 08048-5073
518287449      +QUILL FINANCIAL SERVICES,    807 W. HWY 50 STE 4,    P.O. BOX 1506,    O FALLON, IL 62269-1506
518287450      +RESTAURANT TECHNOLOGIES INC,    12962 COLLECTIONS CENTER DR,    CHICAGO, IL 60693-0129
518287451      +ROBERTS OXYGEN COMPANY INC,    15830 REDLAND RD,    P.O. BOX 5507,    DERWOOD, MD 20855-0507
518354952      +Restaurant Technologies,    2250 Pilot Knob,    Saint Paul, MN 55120-1127
518287452      +SECURALL MONITORING CORP,    206 WASHINGTON DR,    BRICK, NJ 08724-3756
518287453      +SERVICE SPECIALIST,    P.O. BOX 494,    WILLIAMSTOWN, NJ 08094-0494
518287455      +SJ Gas Company,    Po box 6091,    Bellmawr, NJ 08099-6091
518287459     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ,    Division of Taxation,    Sales and Use,    Po Box 240,
                 Trenton, NJ 08695)
518354954      +Sicom/Xenial Systems,    4140 Skyron Drive,    Doylestown, PA 18902-1124
518287457     #+South Jersey Glass and Door,    2732 S. West Blvd,    Vineland, NJ 08360-7021
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                  Date Rcvd: Mar 24, 2020
                               Form ID: pdf905              Total Noticed: 106


518287461      +State of NJ,    Dept of Labor,    PO Box 059,    Trenton, NJ 08625-0059
518287462      +State of NJ,    Dept of Labor and Workforce Dev,     Po Box 929,    Trenton, NJ 08646-0929
518287460      +State of NJ,    Division of Revenue and,     Enterprise Services,    PO Box 302,
                 Trenton, NJ 08646-0302
518420810       State of New Jersey,    Division of Employer Accounts,     PO Box 379,    Trenton, NJ  08625-0379
518287463      +Stroehmann Bimbo Bakeries,     255 Business Center Drive,     Horsham, PA 19044-3497
518287464      +Taylor Product Inc.,    255 Raritan Center Pkwy,     Edison, NJ 08837-3613
518287465      +Toyota Financial Services,    PO Box 5236,    Carol Stream,IL 60197-5236
518388602      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
                 Addison, Texas 75001-9013
518287468      +USA Today,    PO Box 677446,    Dallas, TX 75267-7446
518287466      +Unique Funding Solutions,    71 South Central Avenue,     Valley Stream, NY 11580-5495
518287467      +United Healthcare,    Po Box 94017,    Palatine, IL 60094-4017
518287469      +VC Fanfarillo,    1463 N. Main Road,    Vineland, NJ 08360-2540
518287472      +VWA Advisors,    390 Middletown Blvd,    Unit 612,    Langhorne, PA 19047-1882
518287470      +Vineland Landscaping,    PO Box 2171,    Vineland, NJ 08362-2171
518287471      +Vineland Municipal Utilities,     640 E. Wood Street,    Vineland, NJ 08360-3722
518324237      +Vineland Municipal Utilities,     Attn Jeffrey N. Medio, Esq.,     717 E. Elmer St., Suite 7,
                 Vineland, NJ 08360-4758
518287473      +Waste Management,    Po Box 13648,    Philadelphia, PA 19101-3648
518354958      +Waste Management,    1001 Fannin Street,    Houston, TX 77002-6717
518287476      +Western Pest,    1131 Rt. 9 South,    Cape May Court House, NJ 08210-2718
518287477      +Wheaton Plaza,    30 Tower Rd,    Dayton NJ 08810-1571
518287478      +William Gruccio,    Travis Garton,    1114 Venezia Avenue,    Vineland NJ 08361-8622
518287479      +Withum Smith & Brown,    PO Box 5340,    Princeton, NJ 08543-5340
518287480      +Your Electronic System,    33 North Stark Hwy, Unit E,     Weare, NH 03281-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 24 2020 23:31:58      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2020 23:32:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2020 23:32:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,     One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518317495      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 24 2020 23:32:09      Atlantic City Electric Co.,
                 5 Collins Drive, Suite 2133,    Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
518300108      +E-mail/Text: bankruptcy@bbandt.com Mar 24 2020 23:32:07      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. box 1847,    Wilson, NC 27894-1847
518287407      +E-mail/Text: bankruptcy@bfscapital.com Mar 24 2020 23:32:40      BFS,    3301 N UNIVERSITY DRIVE,
                 SUITE 300,    POMPANO BEACH, FL 33065-4149
518287414      +E-mail/Text: documentfiling@lciinc.com Mar 24 2020 23:31:33      COMCAST CABLE,    P.O. BOX 70219,
                 PHILADELPHIA, PA 19176-0219
518287415      +E-mail/Text: documentfiling@lciinc.com Mar 24 2020 23:31:32      COMCAST CABLE,    P.O. BOX 3006,
                 SOUTHEASTERN, PA 19398-3006
518349962      +E-mail/Text: B@directcapital.com Mar 24 2020 23:33:27      Direct Capital Corporation,
                 155 Commerce Way,    Portsmouth, NH 03801-3243
518287423      +E-mail/Text: nikki.huff@franke.com Mar 24 2020 23:33:34      FRANKE FOODSERVICE SYSTEMS,
                 800 AVIATION PKWY,    SMYRNA, TN 37167-2581
518287429      +E-mail/Text: info@vinelandchamber.org Mar 24 2020 23:31:38
                 GREATER VINELAND CHAMBERS OF COMMERCE,     2115 S. DELSEA DRIVE,    VINELAND, NJ 08360-7077
518287436      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Mar 24 2020 23:33:19      KABBAGE,
                 P.O. BOX 77081,    ATLANTA, GA 30357-1081
518378266      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 24 2020 23:32:46      KeyBank, N.A.,
                 4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
518287445      +E-mail/Text: bankruptcy@ondeck.com Mar 24 2020 23:33:19      ON DECK,    1400 BROADWAY AVENUE,
                 NEW YORK, NY 10018-5225
518515477      +E-mail/Text: bankruptcy@ondeck.com Mar 24 2020 23:33:19      On Deck Capital, Inc.,
                 c/o Christine Levi,    101 West Colfax Ave., 10th Floor,     Denver, CO 80202-5167
518287458       E-mail/Text: appebnmailbox@sprint.com Mar 24 2020 23:32:34      Sprint,    Po Box 4181,
                 Carol Stream, IL 60197
518354955       E-mail/Text: appebnmailbox@sprint.com Mar 24 2020 23:32:34      Sprint Cellular,
                 6200 Sprint Parkway,    Overland Park, KS 66251
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Maintree Shopping Center,L.P.,    c/o Gruccio, Pepper, De Santo & Ruth, PA,
                 817 E. Landis Avenue,    Vineland
518325500*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
518287456*     +SJ Gas Company,    POBox 6091,    Bellmawr, NJ 08099-6091
518473140*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518287475*     +Waste Management,    PO Box 13648,    Philadelphia PA 19101-3648
```

```
District/off: 0312-1          User: admin              Page 3 of 3                Date Rcvd: Mar 24, 2020
                              Form ID: pdf905          Total Noticed: 106

518287408    ##+BURGER KING CORP,    5505 BLUE LAGOON DRIVE,    MIAMI, FL 33126-2029
518287433    ##+IN ADVANCE CRESTVIEW,    1450 BROADWAY AVENUE,    SUITE 802,    NEW YORK, NY 10018-2282
518287454    ##+SNAPBOX SELF STORAGE,    714 S. HARDING HWY,    BUENA, NJ 08310-9706
                                                                                   TOTALS: 1, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:

```
              Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com
              David    Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com
              E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com
              E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com
              Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com
              Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               jarnold@grucciopepper.com, jmorvay@grucciopepper.com
              Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord
               jarnold@grucciopepper.com, jmorvay@grucciopepper.com
              Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com
              Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
              Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC
               rpatella@kraemerburns.com
              Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net
              Stephen McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 22
```