| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAMIEN N. TANCREDI, ESQ. (DNT 1383)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609<br>(856) 661-2280<br>Counsel for Debtors in Possession | **Order Filed on March 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>SMS ENTERPRISES, INC. *et al.*,<br><br>    Debtors. | Honorable Andrew B. Altenburg, Jr.<br><br>Chapter: 11<br><br>Bankr. No.: 19-21332 (ABA) (Jointly Administered)<br><br>Hearing Date: March 31, 2020 |

### ORDER GRANTING DEBTORS' MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 31, 2020**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

7676890 v1

**(Page 2)**
Debtor:  SMS ENTERPRISES, INC. *et al.*
Case No.:  19-21332 (JNP)
ORDER GRANTING DEBTORS' MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

Upon Consideration of the Motion[1] of the Debtors, for an extension of the 300-day deadline within which Debtor's plan and disclosure statement must be filed pursuant to 11 U.S.C.§ 1121(e); and whereas it appears that the Debtors have demonstrated by a preponderance of the evidence that is more likely that the Court will confirm a plan within a reasonable period of time and that the request is made before the present deadlines have expired; and it appears that the Court has jurisdiction over this matter; and for good cause shown it is ORDERED;

1. The Motion is GRANTED.

2. The §1121(e)(2) deadline is extended to June 1, 2020.

3. The entry of this Order is without prejudice to (i) the Debtor's right to seek from this Court further extension(s) of the date by which a plan must be filed; or (ii) any party in interest's rights to seek to reduce the deadline for cause.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

7676890 v1