| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAMIEN N. TANCREDI, ESQ. (DNT 1383)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609<br>(856) 661-2280<br>Counsel for Debtors in Possession | Order Filed on March 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SMS ENTERPRISES, INC. *et al.*,<br><br>Debtors. | Honorable Andrew B. Altenburg, Jr.<br><br>Chapter: 11<br><br>Bankr. No.: 19-21332 (ABA) (Jointly Administered)<br><br>Hearing Date: March 31, 2020 |

## ORDER GRANTING DEBTORS' MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 31, 2020**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

7676890 v1

**(Page 2)**
Debtor: SMS ENTERPRISES, INC. *et al.*
Case No.: 19-21332 (JNP)
ORDER GRANTING DEBTORS' MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

Upon Consideration of the Motion[1] of the Debtors, for an extension of the 300-day deadline within which Debtor's plan and disclosure statement must be filed pursuant to 11 U.S.C.§ 1121(e); and whereas it appears that the Debtors have demonstrated by a preponderance of the evidence that is more likely that the Court will confirm a plan within a reasonable period of time and that the request is made before the present deadlines have expired; and it appears that the Court has jurisdiction over this matter; and for good cause shown it is ORDERED;

1. The Motion is GRANTED.

2. The §1121(e)(2) deadline is extended to June 1, 2020.

3. The entry of this Order is without prejudice to (i) the Debtor's right to seek from this Court further extension(s) of the date by which a plan must be filed; or (ii) any party in interest's rights to seek to reduce the deadline for cause.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

7676890 v1

United States Bankruptcy Court
District of New Jersey

In re:  
SMS Enterprises Inc.  
    Debtor

Case No. 19-21332-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 31, 2020  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db          +SMS Enterprises Inc.,   P.O. Box 588,   Marlton, NJ 08053-0588  
aty         +Flaster/Greenberg P.C.,   Commerce Centr,   1810 Chapel Avenue West, Third Floor,    Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:

        Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.     damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.     damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.     damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com  
        David Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com  
        E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com  
        E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com  
        E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com  
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,     jeffrey.m.sponder@usdoj.gov  
        Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,     jeffrey.m.sponder@usdoj.gov  
        Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com  
        Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli     jarnold@grucciopepper.com, jmorvay@grucciopepper.com  
        Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord     jarnold@grucciopepper.com, jmorvay@grucciopepper.com  
        Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com  
        Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com  
        Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com  
        Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com  
        Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC     rpatella@kraemerburns.com  
        Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net  
        Stephen McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli     smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 22