UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAMIEN N. TANCREDI (DNT 1383)
FLASTER/GREENBERG, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(215) 587-5675
Counsel to Debtors

Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Honorable Andrew B. Altenburg, Jr. |
|---|---|
| SMS Enterprises, Inc.[1] | Chapter 11 |
| Debtors. | Bankr. No. 19-21332 (ABA) |
|  | Jointly Administered |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING
HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these jointly administered cases, along with the associated case numbers, are *SPS Enterprises, Inc.*, Case No. 19-21330, *ETA Enterprises, Inc.*, Case No. 19-21331, and *SMS Enterprises, Inc.*, Case No. 19-21332.

7711656 v1

After review of the application of Damien Nicholas Tancredi for a reduction of time for a hearing on Fee Applications filed by Flaster/Grenberg, P.C. and WithumSmith+Brown, P.C., it is

ORDERED as follows:

1. A hearing will be conducted on the matter on April 28, 2020 at ~~10:00~~ **11:00 am** a.m. in the United States Bankruptcy Court, 401 Market Street, Camden, NJ 08101, Courtroom No. <u>4C</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all creditors and parties in interest

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

7711656 v1

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail 7 day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

7711656 v1