UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Damien Nicholas Tancredi, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(215) 587-5675
damien.tancredi@flastergreenberg.com
*Counsel to Debtors in Possession*

In Re:

SMS Enterprises, Inc. *et al.*

Case No.:    19-21332

Adv. Pro. No.: n/a

Chapter:    11

Hearing Date:  April 20, 2020

Judge:    ABA

## ADJOURNMENT REQUEST

1. I, Damien Nicholas Tancredi ,

    ☒    am the attorney for: Debtors, SMS Enterprises, Inc., SPS Enterprises, Inc., and ETA Enterprises, Inc.,

    ☐    am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Sell Property Free and Clear of Liens under Section 363(f) (Docket No. 206)

    Current hearing date and time: April 20, 2020 at 10:00 a.m.

    New date requested: April 28, 2020 at 11:00 a.m.

    Reason for adjournment request: Certain parties in interest we not initially served with the sale motion when service was first mailed out due to an oversight partially caused by working from home

requirements currently in effect. If the Court grants the adjournment, the Debtors propose to re-serve all parties in interest on April 7, 2020 in order to give the required 21 days' notice under Rule 2002.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 7, 2020

*/s/ Damien Nicholas Tancredi*
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 4/28/20 at 11:30 am        ☐ Peremptory
A CERTIFICATE OF SERVICE MUST FILED WITH PROOF OF SERVICE ON DATE
☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

Case 19-21332-ABA    Doc 218    Filed 04/07/20    Entered 04/07/20 11:21:43    Desc Main
Document      Page 3 of 3