UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAMIEN N. TANCREDI (DNT 1383)
FLASTER/GREENBERG, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(215) 587-5675
Counsel to Debtors

Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Honorable Andrew B. Altenburg, Jr. |
|---|---|
| SMS Enterprises, Inc.[1] | Chapter 11 |
| Debtors. | Bankr. No. 19-21332 (ABA) |
| | Jointly Administered |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these jointly administered cases, along with the associated case numbers, are *SPS Enterprises, Inc.*, Case No. 19-21330, *ETA Enterprises, Inc.*, Case No. 19-21331, and *SMS Enterprises, Inc.*, Case No. 19-21332.

7711656 v1

After review of the application of Damien Nicholas Tancredi for a reduction of time for a hearing on Fee Applications filed by Flaster/Grenberg, P.C. and WithumSmith+Brown, P.C., it is

ORDERED as follows:

1. A hearing will be conducted on the matter on April 28, 2020 at ~~10:00~~ 11:00 am a.m. in the United States Bankruptcy Court, 401 Market Street, Camden, NJ 08101, Courtroom No. 4C .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all creditors and parties in interest

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

  ☐ on the same day as the date of this Order, or

  ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

7711656 v1

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail 7 day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

      8.    ☒ Court appearances are required to prosecute said motion/application and any objections.

          ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

7711656 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-21332-ABA
SMS Enterprises Inc.                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 06, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             +SMS Enterprises Inc.,    P.O. Box 588,    Marlton, NJ 08053-0588
aty            +Flaster/Greenberg P.C.,    Commerce Centr,    1810 Chapel Avenue West, Third Floor,
                 Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
      Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.
       damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.
       damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      Damien Nicholas Tancredi    on behalf of Accountant Michael  Yarrow
       damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.
       damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com
      David  Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com
      E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com
      E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
       jeffrey.m.sponder@usdoj.gov
      Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
       jeffrey.m.sponder@usdoj.gov
      Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com
      Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
       jarnold@grucciopepper.com, jmorvay@grucciopepper.com
      Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord
       jarnold@grucciopepper.com, jmorvay@grucciopepper.com
      Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com
      Kevin Joseph Bloom    on behalf of Creditor    Maines Paper & Food, Inc. kbloom@hhk.com
      Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com
      Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com
      Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
      Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC
       rpatella@kraemerburns.com
      Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net
      Stephen  McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
       smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 24