| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Damien Nicholas Tancredi, Esq.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>(215) 587-5675<br>damien.tancredi@flastergreenberg.com<br>*Counsel to Debtors in Possession* | |
| In Re:<br><br>SMS Enterprises, Inc. *et al.* | Case No.:     19-21332<br><br>Adv. Pro. No.: n/a<br><br>Chapter:      11<br><br>Hearing Date: April 20, 2020<br><br>Judge:         ABA |

## ADJOURNMENT REQUEST

1. I, Damien Nicholas Tancredi ,

   ☒   am the attorney for: Debtors, SMS Enterprises, Inc., SPS Enterprises, Inc., and ETA Enterprises, Inc.,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Assume Commercial Leases

   Current hearing date and time: April 20, 2020 at 10:00 a.m.

   New date requested: April 28, 2020 at 11:00 a.m.

   Reason for adjournment request: Landlords and purchaser of Debtors' assets are attempting to exchanging adequate assurance information. Debtors request that this hearing be held at the same time as a motion to sell all assets of the Debtors, which is currently scheduled for April 28, 2020.

2. Consent to adjournment:

☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 14, 2020                                  */s/ Damien Nicholas Tancredi*
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: __5/28/20 at 11 am__           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*