| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609<br>(856) 661-2280<br>Counsel for SPS Enterprises Inc.,<br>  Debtor-in-Possession | Order Filed on April 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>SMS ENTERPRISES INC.[1],<br><br>     Debtor. | Honorable Andrew B. Altenburg<br><br>Chapter: 11<br><br>Bankr. No.: 19-21332(ABA)<br><br>Hearing Date: TBD |

### ORDER GRANTING ETA ENTERPRISES INC. ALLOWANCES

The relief set forth on the following page, numbered two (2) through two (2), is hereby ORDERED.

**DATED: April 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtor in these Chapter 11 cases (joint administration pending) and the last four digits of the employee identification numbers are SMS Enterprises, Inc. 6659, SPS Enterprises, Inc. 2466 and ETA Enterprises, Inc., 3019.

**(Page 2)**
Debtor:  ETA Enterprises Inc.
Case No.:  19-21331(ABA)
**ORDER GRANTING ETA ENTERPRISES INC. ALLOWANCES**

---

The Court having found that the person(s) named below filed an Application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that final compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Flaster/Greenberg P.C. | $10,887.50 | $15.45 |

7711556 v1