UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**WITHUM SMITH + BROWN, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for The Debtors

In Re:

**SMS Enterprises, Inc.**

                    **Debtor.**

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-21332

Chapter 11

Hearing Date:

Judge: Honorable Andrew B. Altenburg, Jr.

## ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR THE DEBTORS

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: April 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

The Debtors in these jointly administered cases, along with the associated case numbers, are *SPS Enterprises, Inc.*, Case No. 19-21330, *ETA Enterprises, Inc.*, Case No. 19-21331, and *SMS Enterprises, Inc.*, Case No. 19-21332.

(Page 2)

Debtor:      SMS Enterprises, Inc

Case No.: 19-21332 (ABA)

Caption of Order:    **ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR DEBTORS**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| SMS Enterprises, Inc 19-21332<br>Withum Smith + Brown, P.C. | $39,495.70 | $23.68 |
| SPS Enterprises, Inc. 19-21330<br>Withum Smith + Brown, P.C. | $18,262.40 | None |
| ETA Enterprises, Inc. 19-21331<br>Withum Smith + Brown, P.C. | $17,799.40 | None |

The Debtors in these jointly administered cases, along with the associated case numbers, are *SPS Enterprises, Inc.*, Case No. 19-21330, *ETA Enterprises, Inc.*, Case No. 19-21331, and *SMS Enterprises, Inc.*, Case No. 19-21332.