| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609<br>(856) 661-2280<br>Counsel for SPS Enterprises Inc.,<br>  Debtor-in-Possession | Order Filed on April 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SMS ENTERPRISES INC.[1],<br><br>       Debtor. | Honorable Andrew B. Altenburg<br><br>Chapter: 11<br><br>Bankr. No.: 19-21332(ABA)<br><br>Hearing Date: TBD |

## ORDER GRANTING SMS ENTERPRISES INC. ALLOWANCES

The relief set forth on the following page, numbered two (2) through two (2), is hereby ORDERED.

**DATED: April 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtor in these Chapter 11 cases (joint administration pending) and the last four digits of the employee identification numbers are SMS Enterprises, Inc. 6659, SPS Enterprises, Inc. 2466 and ETA Enterprises, Inc., 3019.

**(Page 2)**
Debtor: SMS Enterprises Inc.
Case No.: 19-21332(ABA)
**ORDER GRANTING SMS ENTERPRISES INC. ALLOWANCES**

The Court having found that the person(s) named below filed an Application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that final compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Flaster/Greenberg P.C. | $36,314.25 | $555.38 |

7711547 v2

United States Bankruptcy Court
District of New Jersey

In re:  
SMS Enterprises Inc.  
    Debtor

Case No. 19-21332-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2020  
                        Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db        +SMS Enterprises Inc., P.O. Box 588, Marlton, NJ 08053-0588  
aty       +Flaster/Greenberg P.C., Commerce Centr, 1810 Chapel Avenue West, Third Floor, Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

        Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.  
         damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.  
         damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Damien Nicholas Tancredi    on behalf of Accountant Michael Yarrow  
         damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.  
         damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com  
        David Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com  
        E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com  
        E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com  
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
        Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
        Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com  
        Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli jarnold@grucciopepper.com, jmorvay@grucciopepper.com  
        Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord jarnold@grucciopepper.com, jmorvay@grucciopepper.com  
        Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com  
        Kevin Joseph Bloom    on behalf of Creditor    Maines Paper & Food, Inc. kbloom@hhk.com  
        Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com  
        Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com  
        Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com  
        Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC rpatella@kraemerburns.com  
        Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net  
        Stephen McNally    on behalf of Attorney    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com  
        Stephen McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 25