UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SMS Enterprises, Inc

Case No.: _____19-21332_____

Chapter: _____11_____

Judge: _____Altenburg_____

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order**
**Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 18, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _Debtor_____ for a reduction of time for a hearing on _Motion to Extend Time to File_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _Tues. May 26, 2020_____ at _10 am_____ in the United States Bankruptcy Court, _401 Market Street, Camden, NJ 08101_____, Courtroom No. _4B_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_all interested parties_____
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _US Trustee, secured creditors and parties requesting service___

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court
Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-21332-ABA
SMS Enterprises Inc.                                                Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1            Date Rcvd: May 18, 2020
                               Form ID: pdf903          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db             +SMS Enterprises Inc.,    P.O. Box 588,    Marlton, NJ 08053-0588
aty            +Flaster/Greenberg P.C.,    Commerce Centr,    1810 Chapel Avenue West, Third Floor,
                 Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
          Damien Nicholas Tancredi    on behalf of Debtor   ETA Enterprises, Inc.
           damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          Damien Nicholas Tancredi    on behalf of Debtor   SPS Enterprises, Inc.
           damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          Damien Nicholas Tancredi    on behalf of Accountant Michael  Yarrow
           damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          Damien Nicholas Tancredi    on behalf of Debtor   SMS Enterprises Inc.
           damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          Daniel P. Bernstein   on behalf of Creditor   Covenant Bank d.p.bernstein1@gmail.com
          David  Banks    on behalf of Creditor   Covenant Bank bbwlaw@yahoo.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          E. Richard Dressel   on behalf of Debtor   SMS Enterprises Inc. rdressel@lexnovalaw.com
          E. Richard Dressel   on behalf of Debtor   SPS Enterprises, Inc. rdressel@lexnovalaw.com
          E. Richard Dressel   on behalf of Debtor   ETA Enterprises, Inc. rdressel@lexnovalaw.com
          Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Jeffrey M. Sponder   on behalf of Debtor   SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Jeffrey N. Medio   on behalf of Creditor   Vineland Municipal Utilites jmedio@mediolawfirm.com
          Judith Carol Arnold   on behalf of Creditor   Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
           jarnold@grucciopepper.com,  jmorvay@grucciopepper.com
          Judith Carol Arnold   on behalf of Creditor   Maintree Shopping Center, L.P., Landlord
           jarnold@grucciopepper.com,  jmorvay@grucciopepper.com
          Julie M. Murphy   on behalf of Creditor   Maintree Shopping Center,L.P. murphy@hylandlevin.com
          Kevin Joseph Bloom   on behalf of Creditor   Maines Paper & Food, Inc. kbloom@hhk.com
          Paul W. Verner   on behalf of Debtor   ETA Enterprises, Inc. pwverner@vernerlaw.com
          Paul W. Verner   on behalf of Debtor   SPS Enterprises, Inc. pwverner@vernerlaw.com
          Paul W. Verner   on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
          Raymond M. Patella   on behalf of Interested Party   Cape Atlantic Food Services, LLC
           rpatella@kraemerburns.com
          Richard J. Gerace   on behalf of Debtor   SMS Enterprises Inc. rgerace14@comcast.net
          Stephen  McNally   on behalf of Attorney   Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
           smcnally@cmsfirm.com,  lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
          Stephen  McNally   on behalf of Creditor   Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
           smcnally@cmsfirm.com,  lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 25