UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DAMIEN N. TANCREDI, ESQ. (DNT 1383)
FLASTER/GREENBERG P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-2280
Counsel for Debtors in Possession

**Order Filed on June 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SMS ENTERPRISES, INC. *et al.*,

Debtors.

Honorable Andrew B. Altenburg, Jr.

Chapter:  11

Bankr. No.:  19-21332 (ABA) (Jointly Administered)

Hearing Date:  May 26, 2020

**ORDER GRANTING DEBTORS' EXPEDITED SECOND MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: June 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

7786361 v1

**(Page 2)**
Debtor:  SMS ENTERPRISES, INC. *et al.*
Case No.:  19-21332 (JNP)
ORDER GRANTING DEBTORS' SECOND EXPEDITED MOTION UNDER 11 U.S.C. §
1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

Upon Consideration of the Motion[1] of the Debtors, for an extension of the 300-day deadline within which Debtor's plan and disclosure statement must be filed pursuant to 11 U.S.C.§ 1121(e); and whereas it appears that the Debtors have demonstrated by a preponderance of the evidence that is more likely that the Court will confirm a plan within a reasonable period of time and that the request is made before the present deadlines have expired; and it appears that the Court has jurisdiction over this matter; and for good cause shown it is ORDERED;

1.      The Motion is GRANTED.

2.      The §1121(e)(2) deadline is extended to July 17, 2020.

3.      The entry of this Order is without prejudice to (i) the Debtor's right to seek from this Court further extension(s) of the date by which a plan must be filed; or (ii) any party in interest's rights to seek to reduce the deadline for cause.

4.      If any creditor or party in interest objects to the relief set forth in this Order, it shall file an objection within fourteen (14) days of receipt of this Order and such objection shall be heard by the Court.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

7786361 v1

United States Bankruptcy Court
District of New Jersey

In re:
SMS Enterprises Inc.
    Debtor

Case No. 19-21332-ABA
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jun 01, 2020
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db          +SMS Enterprises Inc.,   P.O. Box 588,   Marlton, NJ 08053-0588
aty        +Flaster/Greenberg P.C.,   Commerce Centr,   1810 Chapel Avenue West, Third Floor,
              Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
        Damien Nicholas Tancredi   on behalf of Debtor   ETA Enterprises, Inc.
         damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        Damien Nicholas Tancredi   on behalf of Debtor   SPS Enterprises, Inc.
         damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        Damien Nicholas Tancredi   on behalf of Accountant Michael  Yarrow
         damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        Damien Nicholas Tancredi   on behalf of Debtor   SMS Enterprises Inc.
         damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        Daniel P. Bernstein   on behalf of Creditor   Covenant Bank d.p.bernstein1@gmail.com
        David  Banks   on behalf of Creditor   Covenant Bank bbwlaw@yahoo.com
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        E. Richard Dressel   on behalf of Debtor   SMS Enterprises Inc. rdressel@lexnovalaw.com
        E. Richard Dressel   on behalf of Debtor   SPS Enterprises, Inc. rdressel@lexnovalaw.com
        E. Richard Dressel   on behalf of Debtor   ETA Enterprises, Inc. rdressel@lexnovalaw.com
        Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
         jeffrey.m.sponder@usdoj.gov
        Jeffrey M. Sponder   on behalf of Debtor   SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
         jeffrey.m.sponder@usdoj.gov
        Jeffrey N. Medio   on behalf of Creditor   Vineland Municipal Utilites jmedio@mediolawfirm.com
        Judith Carol Arnold   on behalf of Creditor   Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
         jarnold@grucciopepper.com,  jmorvay@grucciopepper.com
        Judith Carol Arnold   on behalf of Creditor   Maintree Shopping Center, L.P., Landlord
         jarnold@grucciopepper.com,  jmorvay@grucciopepper.com
        Julie M. Murphy   on behalf of Creditor   Maintree Shopping Center,L.P. murphy@hylandlevin.com
        Kevin Joseph Bloom   on behalf of Creditor   Maines Paper & Food, Inc. kbloom@hhk.com
        Paul W. Verner   on behalf of Debtor   ETA Enterprises, Inc. pwverner@vernerlaw.com
        Paul W. Verner   on behalf of Debtor   SPS Enterprises, Inc. pwverner@vernerlaw.com
        Paul W. Verner   on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
        Raymond M. Patella   on behalf of Interested Party   Cape Atlantic Food Services, LLC
         rpatella@kraemerburns.com
        Richard J. Gerace   on behalf of Debtor   SMS Enterprises Inc. rgerace14@comcast.net
        Stephen McNally   on behalf of Attorney   Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
         smcnally@cmsfirm.com,  lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
        Stephen  McNally   on behalf of Creditor   Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
         smcnally@cmsfirm.com,  lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                          TOTAL: 25