UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SMS Enterprises, Inc

| | |
|---|---|
| Case No.: | 19-21332 |
| Chapter: | 11 |
| Judge: | Altenburg |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of __Debtor__ for a reduction of time for a hearing on __Motion to Extend Time__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 17, 2020__ at __9 am__ in the United States Bankruptcy Court, __400 Cooper Street, Camden, NJ 08101__, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __all interested parties__

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __US Trustee, secured creditors and parties requesting service__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:  
SMS Enterprises Inc.  
    Debtor

Case No. 19-21332-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jul 13, 2020  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
```
db            +SMS Enterprises Inc.,   P.O. Box 588,   Marlton, NJ 08053-0588
aty           +Flaster/Greenberg P.C.,   Commerce Centr,   1810 Chapel Avenue West, Third Floor,
                Cherry Hill, NJ 08002-4606
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
```
              Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Accountant Michael  Yarrow
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com
              David  Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com
              E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com
              E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com
              Jay B Feldman    on behalf of Creditor Gary  Peart jay@leighton-law.com, erin@leighton-law.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com
              Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               jarnold@grucciopepper.com, jmorvay@grucciopepper.com
              Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord
               jarnold@grucciopepper.com, jmorvay@grucciopepper.com
              Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com
              Kevin Joseph Bloom    on behalf of Creditor    Maines Paper & Food, Inc. kbloom@hhk.com
              Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
              Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC
               rpatella@kraemerburns.com
              Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net
              Stephen  McNally    on behalf of Attorney    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
              Stephen  McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
              Thomas R. Dominczyk    on behalf of Creditor    Fox Capital Group, Inc.
               tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2020
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 27