UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DAMIEN N. TANCREDI, ESQ. (DNT 1383)
FLASTER/GREENBERG P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-2280
Counsel for Debtors in Possession

Order Filed on July 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Honorable Andrew B. Altenburg, Jr. |
|---|---|
| SMS ENTERPRISES, INC. *et al.*, | Chapter: 11 |
| Debtors. | Bankr. No.: 19-21332 (ABA) (Jointly Administered) |
| | Hearing Date: |

## ORDER GRANTING DEBTORS' EXPEDITED THIRD MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 17, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:  SMS ENTERPRISES, INC. *et al.*

Case No.:  19-21332 (JNP)

ORDER GRANTING DEBTORS' SECOND EXPEDITED MOTION UNDER 11 U.S.C. § 1121(e) FOR AN EXTENSION OF DEADLINE BY WHICH PLAN MUST BE FILED

Upon Consideration of the Motion[1] of the Debtors, for an extension of the 300-day deadline within which Debtor's plan and disclosure statement must be filed pursuant to 11 U.S.C.§ 1121(e); and whereas it appears that the Debtors have demonstrated by a preponderance of the evidence that is more likely that the Court will confirm a plan within a reasonable period of time and that the request is made before the present deadlines have expired; and it appears that the Court has jurisdiction over this matter; and for good cause shown it is ORDERED;

1.      The Motion is GRANTED.

2.      The §1121(e)(2) deadline is extended to August 21, 2020.

3.      The entry of this Order is without prejudice to (i) the Debtor's right to seek from this Court further extension(s) of the date by which a plan must be filed; or (ii) any party in interest's rights to seek to reduce the deadline for cause.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 19-21332-ABA
SMS Enterprises Inc.                                              Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jul 17, 2020
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db          +SMS Enterprises Inc.,   P.O. Box 588,   Marlton, NJ 08053-0588
aty         +Flaster/Greenberg P.C.,   Commerce Centr,   1810 Chapel Avenue West, Third Floor,
             Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
          Damien Nicholas Tancredi    on behalf of Debtor    ETA Enterprises, Inc.
          damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com
          Damien Nicholas Tancredi    on behalf of Debtor    SPS Enterprises, Inc.
          damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com
          Damien Nicholas Tancredi    on behalf of Accountant Michael  Yarrow
          damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com
          Damien Nicholas Tancredi    on behalf of Debtor    SMS Enterprises Inc.
          damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com
          Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com
          David Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          E. Richard Dressel    on behalf of Debtor    SMS Enterprises Inc. rdressel@lexnovalaw.com
          E. Richard Dressel    on behalf of Debtor    SPS Enterprises, Inc. rdressel@lexnovalaw.com
          E. Richard Dressel    on behalf of Debtor    ETA Enterprises, Inc. rdressel@lexnovalaw.com
          Jay B Feldman    on behalf of Creditor Gary  Peart jay@leighton-law.com,  erin@leighton-law.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
          Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
          Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com
          Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
          jarnold@grucciopepper.com,   jmorvay@grucciopepper.com
          Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord
          jarnold@grucciopepper.com,   jmorvay@grucciopepper.com
          Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com
          Kevin Joseph Bloom    on behalf of Creditor    Maines Paper & Food, Inc. kbloom@hhk.com
          Paul W. Verner    on behalf of Debtor    ETA Enterprises, Inc. pwverner@vernerlaw.com
          Paul W. Verner    on behalf of Debtor    SPS Enterprises, Inc. pwverner@vernerlaw.com
          Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
          Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC
          rpatella@kraemerburns.com
          Richard J. Gerace    on behalf of Debtor    SMS Enterprises Inc. rgerace14@comcast.net
          Stephen McNally    on behalf of Attorney    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
          smcnally@cmsfirm.com,   lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
          Stephen McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
          smcnally@cmsfirm.com,   lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
          Thomas R. Dominczyk    on behalf of Creditor    Fox Capital Group, Inc.
          tdominczyk@mauricewutscher.com,   thomas-dominczyk-5025@ecf.pacerpro.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 17, 2020
                             Form ID: pdf903           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                        TOTAL: 27