|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on August 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>SMS Enterprises, Inc.[1]<br><br>                              Debtor. | Chapter: 11<br><br>Case No.: 19-21332-ABA<br>(Jointly Administered)<br><br>Judge Andrew B. Altenburg, Jr. |

**CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2020**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these jointly administered cases, along with the associated case numbers, are SPS Enterprises, Inc., Case No. 19-21330, ETA Enterprises, Inc., Case No. 19-21331, and SMS Enterprises, Inc., Case No. 19-21332.

Debtor: SMS Enterprises, Inc.
Case No.: 19-21332-ABA
Caption of Order: **CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Automatic Stay is not in Effect ("Application") filed by Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) is not in effect as to Creditor's interest in the personal property described as **2015 Toyota Avalon H; VIN: 4T1BD1EB6FU047950** ("Vehicle").

2. Creditor has complete relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Damien Nicholas Tancredi* | */s/ Gavin N. Stewart* |
| Damien Nicholas Tancredi | Gavin N. Stewart |
| FLASTER/GREENBERG P.C. | STEWART LEGAL GROUP, P.L. |
| 1810 Chapel Avenue West | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08002-4609 | Tampa, FL 33602 |
| Telephone: (215) 587-5675 | Telephone: (813) 371-1231 |
| *Counsel to Debtors* | *Counsel to Creditor* |
| Dated: July 5, 2020 | Dated: July 5, 2020 |