| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | **Order Filed on August 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>SMS Enterprises, Inc.[1]<br><br>                                            Debtor. | Chapter: 11<br><br>Case No.: 19-21332-ABA<br>(Jointly Administered)<br><br>Judge Andrew B. Altenburg, Jr. |

**CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these jointly administered cases, along with the associated case numbers, are SPS Enterprises, Inc., Case No. 19-21330, ETA Enterprises, Inc., Case No. 19-21331, and SMS Enterprises, Inc., Case No. 19-21332.

Debtor: SMS Enterprises, Inc.
Case No.: 19-21332-ABA
Caption of Order: **CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Automatic Stay is not in Effect ("Application") filed by Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) is not in effect as to Creditor's interest in the personal property described as **2015 Toyota Avalon H; VIN: 4T1BD1EB6FU047950** ("Vehicle").

2. Creditor has complete relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Damien Nicholas Tancredi* | */s/ Gavin N. Stewart* |
| Damien Nicholas Tancredi | Gavin N. Stewart |
| FLASTER/GREENBERG P.C. | STEWART LEGAL GROUP, P.L. |
| 1810 Chapel Avenue West | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08002-4609 | Tampa, FL 33602 |
| Telephone: (215) 587-5675 | Telephone: (813) 371-1231 |
| *Counsel to Debtors* | *Counsel to Creditor* |
| Dated: July 5, 2020 | Dated: July 5, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-21332-ABA
SMS Enterprises Inc.                                                Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Aug 06, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db             +SMS Enterprises Inc.,    P.O. Box 588,    Marlton, NJ 08053-0588
aty            +Flaster/Greenberg P.C.,    Commerce Centr,    1810 Chapel Avenue West, Third Floor,
                 Cherry Hill, NJ 08002-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              Damien Nicholas Tancredi    on behalf of Debtor   ETA Enterprises, Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor   SPS Enterprises, Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Accountant Michael  Yarrow
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Damien Nicholas Tancredi    on behalf of Debtor   SMS Enterprises Inc.
               damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              Daniel P. Bernstein    on behalf of Creditor    Covenant Bank d.p.bernstein1@gmail.com
              David  Banks    on behalf of Creditor    Covenant Bank bbwlaw@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Debtor   SMS Enterprises Inc. rdressel@lexnovalaw.com
              E. Richard Dressel    on behalf of Debtor   SPS Enterprises, Inc. rdressel@lexnovalaw.com
              E. Richard Dressel    on behalf of Debtor   ETA Enterprises, Inc. rdressel@lexnovalaw.com
              Gavin  Stewart    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for Toyota
               Lease Trust bk@stewartlegalgroup.com
              Gavin  Stewart    on behalf of Creditor    Toyota Lease Trust bk@stewartlegalgroup.com
              Jay B Feldman    on behalf of Creditor Gary  Peart jay@leighton-law.com, erin@leighton-law.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of Debtor    SPS Enterprises, Inc. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey N. Medio    on behalf of Creditor    Vineland Municipal Utilites jmedio@mediolawfirm.com
              Judith Carol Arnold    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               jarnold@grucciopepper.com, jmorvay@grucciopepper.com
              Judith Carol Arnold    on behalf of Creditor    Maintree Shopping Center, L.P., Landlord
               jarnold@grucciopepper.com, jmorvay@grucciopepper.com
              Julie M. Murphy    on behalf of Creditor    Maintree Shopping Center,L.P. murphy@hylandlevin.com
              Kevin Joseph Bloom    on behalf of Creditor    Maines Paper & Food, Inc. kbloom@hhk.com
              Paul W. Verner    on behalf of Debtor   ETA Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Debtor   SPS Enterprises, Inc. pwverner@vernerlaw.com
              Paul W. Verner    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com
              Raymond M. Patella    on behalf of Interested Party    Cape Atlantic Food Services, LLC
               rpatella@kraemerburns.com
              Richard J. Gerace    on behalf of Debtor   SMS Enterprises Inc. rgerace14@comcast.net
              Stephen  McNally    on behalf of Attorney    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com
              Stephen  McNally    on behalf of Creditor    Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli
               smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Aug 06, 2020
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Thomas R. Dominczyk    on behalf of Creditor    Fox Capital Group, Inc.
         tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                TOTAL: 29