Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21332−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SMS Enterprises Inc.
P.O. Box 588
Marlton, NJ 08053

Social Security No.:

Employer's Tax I.D. No.:
22−3116659

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:  11/12/20
Time:  02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Damien Nicholas Tancredi, Debtor's Attorney

COMMISSION OR FEES
Fees: $29,124.00

EXPENSES
$3,996.01

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 1, 2020
JAN: har

                                                           Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21332-ABA |
| SMS Enterprises Inc. | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 01, 2020 | Form ID: 137 | Total Noticed: 107 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SMS Enterprises Inc., P.O. Box 588, Marlton, NJ 08053-0588 |
| aty | + | Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli, c/o Chiumento McNally, LLC, Laurel Oak Corporate Center, 1020 Laurel Oak Rd, Ste 203 Voorhees, NJ 08043-3518 |
| aty | + | Flaster/Greenberg P.C., Commerce Centr, 1810 Chapel Avenue West, Third Floor, Cherry Hill, NJ 08002-4606 |
| aty | + | Paul William Verner, Verner Simon, Five Greentree Centre, #104, 525 Rt. 73 North Marlton, NJ 08053-3422 |
| intp | + | Cape Atlantic Food Services, LLC, 91 Mays Landing Road, Somers Point, NJ 08244-1111 |
| cr | + | Covenant Bank, Attn Banks and Banks, 3038 Church Road, Lafayette Hill, PA 19444-1717 |
| acc | + | Michael Yarrow, Withumsmith+Brown, PC, 506 Carnegie Center #400, Princeton, NJ 08540-6243 |
| cr | + | Toyota Motor Credit Corporation, as servicer for T, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518287403 | + | ADVANCE MERCHANT SERVICES, 160 PEARL STREET, NEW YORK, NY 10005-1617 |
| 518287404 | + | ARA ARZOUMANIAN, 10 WELLINGTON COURT, MOUNT LAUREL, NJ 08054-3352 |
| 518287405 | + | ATLANTIC CITY ELECTRIC, P.O. BOX 1361, PHILADELPHIA, PA 19105 |
| 518287406 | + | BABBITT MANUFACTORING COMPANY INC, 719 PARK AVENUE, VINELAND, NJ 08360-3231 |
| 518354948 | + | Bianco Security, 2325 Magnolia Rd, Vineland, NJ 08361-6646 |
| 518354949 | + | Bimbo/Stroehmann, 255 Business Center, Horsham, PA 19044-3424 |
| 518496758 | + | Burger King Corporation, 5707 Blue Lagoon Dr., Miami, FL 33126-2015 |
| 518358296 | + | Burger King Franchise Agreement, 5505 Blue Lagoon Drive, Miami, FL 33126-2029 |
| 518287409 | + | CARTRIDGE WORLD OF VINELAND, 1370 S. MAIN RD, UNIT 8, VINELAND, NJ 08360-6501 |
| 518287410 | + | CINTAS CORP, P.O. BOX 630803, CINCINNATI, OH 45263-0803 |
| 518287411 | + | CIT, 1 CIT DR, LIVINGSTON, NJ 07039-5703 |
| 518287412 | + | COCA COLA NA, P.O. BOX 102703, ATLANTA, GA 30368-2703 |
| 518287413 | + | COLONIAL ELECTRIC SUPPLY, 201 W. CHURCH RD, KING OF PRUSSIA, PA 19406-3247 |
| 518287416 | + | CONNOVER PACKAGING, 119 DESPATCH DRIVE, EAST ROCHESTER, NY 14445-1447 |
| 518287417 | + | COPY DOCTORS, P.O. BOX 831, NORTHFIELD, NJ 08225-0831 |
| 518287418 | + | COVENANT BANK, 60 N. MAIN STREET, DOYLESTOWN, PA 18901-3730 |
| 518287419 | + | DEARBORN NATIONAL LIFE INSURANCE, 36788 EAGLE WAY, CHICAGO, IL 60678-0367 |
| 518287420 | + | ELLIOTTS SEPTIC, P.O. BOX 540, PORT ELIZABETH, NJ 08348-0540 |
| 518287421 | + | FCC COMMERCIAL FURNITURE, 8452 OLD HWY 99 NORTH, ROSEBURG, OR 97470-9594 |
| 518287422 | + | FOX CAPITAL GROUP, 140 BROADWAY 46TH FLOOR, NEW YORK, NY 10005-1155 |
| 518287424 | + | FRANKLIN MACHINE PRODUCTS LLC, 101 MT. HOLLY BYPASS, LUMBERTON, NJ 08048-1113 |
| 518287425 | + | FREDERICK CARPENTER, 11 Vernon Lane, Centereach, NY 11720-2811 |
| 518287426 | + | FREEMAN MATHIS & GARY, 100 GALLERIA PKWY, SUITE 1600, ATLANTA, GA 30339-5948 |
| 518287427 | + | FRONT LINE, P.O. BOX 670, ONTARIO, CA 91762-8670 |
| 518287428 | + | GRAVINO & VITTESE, PCS, 23 EUCLID STREET, P.O. BOX 618, WOODBURY, NJ 08096-7618 |
| 518287430 | + | HORIZON BCBS OF NEW JERSEY, P.O. BOX 10130, NEWARK, NJ 07101-3130 |
| 518287431 | + | HUNTER ADVANCE GRAVITY, 845 SW 17TH STREET, FORT LAUDERDALE, FL 33315-1610 |
| 518287432 | + | ICEE CORP, P.O. BOX 515723, LOS ANGELES, CA 90051-5203 |
| 518383592 | + | ICEE Company, 1205 S. Dupont Ave., Ontario, CA 91761-1536 |
| 518287434 | + | IPFS, 24722 NETWORK PLACE, CHICAGO, IL 60673-1247 |
| 518287435 | + | JERSEY COAST FIRE, 377 ASBURY RD, FARMINGDALE, NJ 07727-3604 |
| 518301130 | + | KASH Capital, 475 Northern Blvd Floor 3, Suite 36, Great Neck, NY 11021-4819 |

Case 19-21332-ABA    Doc 274    Filed 10/03/20    Entered 10/04/20 00:42:22    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: 137 | Total Noticed: 107 |

| | | |
|---|---|---|
| 518287437 | + | KELLY SWIFT, 10 WELLINGTON COURT, MOUNT LAUREL, NJ 08054-3352 |
| 518287438 | + | KEY BANK, 601 N. POTTSTOWN PIKE, EXTON, PA 19341-1660 |
| 518607752 | + | Kash Capital, Attn Ariel Bouskila, 80 Broad Street, Suite 3303, New York, NY 10004-2209 |
| 518287439 | + | LANDIS SEWAGE AUTHORITY, 1776 S. MILL RD, VINELAND, NJ 08360-6200 |
| 518287440 | + | MAINES PAPER AND FOOD SERVICE INC, 101 BROOME CORP PARKWAY, P.O. BOX 450, CONKLIN, NY 13748-0450 |
| 518287441 | + | MARLTON COMPUTER SERVICES INC, 230 N MAPLE AVENUE B3, MARLTON, NJ 08053-9412 |
| 518287442 | + | MIKE ZUMPINO, 834 PATTERSON DRIVE, LANDSDALE, PA 19446-5432 |
| 518287443 | + | MITCHELL WEISS, 4 YEARLING CHASE, MOUNT LAUREL, NJ 08054-4832 |
| 518534585 | + | Maintree Shopping Center LP, c/o Julie M. Murphy Esq, Hyland Levin Shapiro LLP, 6000 Sagemore Drive, Marlton NJ 08053-3900 |
| 518506539 | + | Maintree Shopping Center, L.P., 1519 Spruce Street, Philadelphia, PA 19102-4577 |
| 518509875 | + | Michael Zumpino, 834 Patterson Drive, Lansdale, PA 19446-5432 |
| 518287444 | + | NEW JERSEY MANUFACTORERS INS CO, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 518354951 | + | Netsurion, 100 W. Cypress Creek, Suite 530, Fort Lauderdale, FL 33309-2181 |
| 518398987 | | New Jersey Manufacturers Insurance Co., 302 Sullivan Way, W. Trenton, NJ 08628 |
| 518287446 | + | PAYDAY PAYROLL RESOURCES, 655 CREEK RD, BELLMAWR, NJ 08031-2409 |
| 518287447 | + | PITNEY BOWES FINANCIAL, P.O. BOX 371887, PITTSBURGH, PA 15250-7887 |
| 518287448 | + | PTW POWERWASH, 23 ABINGTON WAY, LUMBERTON, NJ 08048-5073 |
| 518287449 | + | QUILL FINANCIAL SERVICES, 807 W. HWY 50 STE 4, P.O. BOX 1506, O FALLON, IL 62269-1506 |
| 518287450 | + | RESTAURANT TECHNOLOGIES INC, 12962 COLLECTIONS CENTER DR, CHICAGO, IL 60693-0129 |
| 518287451 | + | ROBERTS OXYGEN COMPANY INC, 15830 REDLAND RD, P.O. BOX 5507, DERWOOD, MD 20855-0507 |
| 518354952 | + | Restaurant Technologies, 2250 Pilot Knob, Saint Paul, MN 55120-1127 |
| 518287452 | + | SECURALL MONITORING CORP, 206 WASHINGTON DR, BRICK, NJ 08724-3756 |
| 518287453 | + | SERVICE SPECIALIST, P.O. BOX 494, WILLAIMSTOWN, NJ 08094-0494 |
| 518287455 | + | SJ Gas Company, Po box 6091, Bellmawr, NJ 08099-6091 |
| 518287459 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ, Division of Taxation, Sales and Use, Po Box 240, Trenton, NJ 08695 |
| 518354954 | + | Sicom/Xenial Systems, 4140 Skyron Drive, Doylestown, PA 18902-1124 |
| 518287457 | #+ | South Jersey Glass and Door, 2732 S. West Blvd, Vineland, NJ 08360-7021 |
| 518287461 | + | State of NJ, Dept of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 518287462 | + | State of NJ, Dept of Labor and Workforce Dev, Po Box 929, Trenton, NJ 08646-0929 |
| 518287460 | + | State of NJ, Division of Revenue and, Enterprise Services, PO Box 302, Trenton, NJ 08646-0302 |
| 518420810 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518287463 | + | Stroehmann Bimbo Bakeries, 255 Business Center Drive, Horsham, PA 19044-3497 |
| 518287464 | + | Taylor Product Inc., 255 Raritan Center Pkwy, Edison, NJ 08837-3613 |
| 518287465 | + | Toyota Financial Services, PO Box 5236, Carol Stream,IL 60197-5236 |
| 518388602 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518287468 | + | USA Today, PO Box 677446, Dallas, TX 75267-7446 |
| 518287466 | + | Unique Funding Solutions, 71 South Central Avenue, Valley Stream, NY 11580-5495 |
| 518287467 | + | United Healthcare, Po Box 94017, Palatine, IL 60094-4017 |
| 518287469 | + | VC Fanfarillo, 1463 N. Main Road, Vineland, NJ 08360-2540 |
| 518287472 | + | VWA Advisors, 390 Middletown Blvd, Unit 612, Langhorne, PA 19047-1882 |
| 518287470 | + | Vineland Landscaping, PO Box 2171, Vineland, NJ 08362-2171 |
| 518287471 | + | Vineland Municipal Utilities, 640 E. Wood Street, Vineland, NJ 08360-3722 |
| 518324237 | + | Vineland Municipal Utilities, Attn Jeffrey N. Medio, Esq., 717 E. Elmer St., Suite 7, Vineland, NJ 08360-4758 |
| 518287473 | + | Waste Management, Po Box 13648, Philadelphia, PA 19101-3648 |
| 518354958 | + | Waste Management, 1001 Fannin Street, Houston, TX 77002-6717 |
| 518287476 | + | Western Pest, 1131 Rt. 9 South, Cape May Court House, NJ 08210-2718 |
| 518287477 | + | Wheaton Plaza, 30 Tower Rd, Dayton NJ 08810-1571 |
| 518287478 | + | William Gruccio, Travis Garton, 1114 Venezia Avenue, Vineland NJ 08361-8706 |
| 518287479 | + | Withum Smith & Brown, PO Box 5340, Princeton, NJ 08543-5340 |
| 518287480 | + | Your Electronic System, 33 North Stark Hwy, Unit E, Weare, NH 03281-4649 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2020 00:15:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2020 00:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 02 2020 00:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518317495 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 02 2020 00:15:00 | Atlantic City Electric Co., 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 518300108 | + | Email/Text: bankruptcy@bbandt.com | Oct 02 2020 00:15:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 518287407 | + | Email/Text: bankruptcy@bfscapital.com | Oct 02 2020 00:16:00 | BFS, 3301 N UNIVERSITY DRIVE, SUITE 300, POMPANO BEACH, FL 33065-4149 |
| 518287414 | + | Email/Text: documentfiling@lciinc.com | Oct 02 2020 00:14:00 | COMCAST CABLE, P.O. BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 518287415 | + | Email/Text: documentfiling@lciinc.com | Oct 02 2020 00:14:00 | COMCAST CABLE, P.O. BOX 3006, SOUTHEASTERN, PA 19398-3006 |
| 518349962 | + | Email/Text: B@directcapital.com | Oct 02 2020 00:17:00 | Direct Capital Corporation, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 518287423 | + | Email/Text: nikki.huff@franke.com | Oct 02 2020 00:17:00 | FRANKE FOODSERVICE SYSTEMS, 800 AVIATION PKWY, SMYRNA, TN 37167-2581 |
| 518287429 | + | Email/Text: info@vinelandchamber.org | Oct 02 2020 00:15:00 | GREATER VINELAND CHAMBERS OF COMMERCE, 2115 S. DELSEA DRIVE, VINELAND, NJ 08360-7077 |
| 518287436 | + | Email/Text: kabbagebankruptcy@brantonlawfirm.com | Oct 02 2020 00:17:00 | KABBAGE, P.O. BOX 77081, ATLANTA, GA 30357-1081 |
| 518378266 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 02 2020 00:16:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 518287445 | + | Email/Text: bankruptcy@ondeck.com | Oct 02 2020 00:17:00 | ON DECK, 1400 BROADWAY AVENUE, NEW YORK, NY 10018-5300 |
| 518515477 | + | Email/Text: bankruptcy@ondeck.com | Oct 02 2020 00:17:00 | On Deck Capital, Inc., c/o Christine Levi, 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 518287458 | | Email/Text: appebnmailbox@sprint.com | Oct 02 2020 00:16:00 | Sprint, Po Box 4181, Carol Stream, IL 60197 |
| 518354955 | | Email/Text: appebnmailbox@sprint.com | Oct 02 2020 00:16:00 | Sprint Cellular, 6200 Sprint Parkway, Overland Park, KS 66251 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Maintree Shopping Center,L.P., c/o Gruccio, Pepper, De Santo & Ruth, PA, 817 E. Landis Avenue, Vineland |
| 518325500 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518287456 | *+ | SJ Gas Company, POBox 6091, Bellmawr, NJ 08099-6091 |
| 518473140 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518287475 | *+ | Waste Management, PO Box 13648, Philadelphia PA 19101-3648 |
| 518287408 | ##+ | BURGER KING CORP, 5505 BLUE LAGOON DRIVE, MIAMI, FL 33126-2029 |
| 518287433 | ##+ | IN ADVANCE CRESTVIEW, 1450 BROADWAY AVENUE, SUITE 802, NEW YORK, NY 10018-2282 |
| 518287454 | ##+ | SNAPBOX SELF STORAGE, 714 S. HARDING HWY, BUENA, NJ 08310-9706 |

TOTAL: 1 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Oct 01, 2020 | Form ID: 137 | Total Noticed: 107 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Damien Nicholas Tancredi
    on behalf of Debtor SMS Enterprises Inc. damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

Damien Nicholas Tancredi
    on behalf of Debtor ETA Enterprises  Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

Damien Nicholas Tancredi
    on behalf of Debtor SPS Enterprises  Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

Damien Nicholas Tancredi
    on behalf of Accountant Michael Yarrow damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

Daniel P. Bernstein
    on behalf of Creditor Covenant Bank d.p.bernstein1@gmail.com

David Banks
    on behalf of Creditor Covenant Bank bbwlaw@yahoo.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

E. Richard Dressel
    on behalf of Debtor ETA Enterprises  Inc. rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Debtor SMS Enterprises Inc. rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Debtor SPS Enterprises  Inc. rdressel@lexnovalaw.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bk@stewartlegalgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Lease Trust bk@stewartlegalgroup.com

Jay B Feldman
    on behalf of Creditor Gary Peart jay@leighton-law.com  anna@leighton-law.com

Jeffrey M. Sponder
    on behalf of Debtor SPS Enterprises  Inc. jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey N. Medio
    on behalf of Creditor Vineland Municipal Utilites jmedio@mediolawfirm.com

Judith Carol Arnold
    on behalf of Creditor Buena Realty  LLC f/k/a Mr. and Mrs. John Caselli jarnold@grucciopepper.com, jmorvay@grucciopepper.com

Judith Carol Arnold
    on behalf of Creditor Maintree Shopping Center  L.P., Landlord jarnold@grucciopepper.com, jmorvay@grucciopepper.com

Julie M. Murphy
    on behalf of Creditor Maintree Shopping Center L.P. murphy@hylandlevin.com

Kevin Joseph Bloom

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: 137 | Total Noticed: 107 |

|  |  |
|---|---|
|  | on behalf of Creditor Maines Paper & Food Inc. kbloom@hhk.com |
| Paul W. Verner | on behalf of Debtor ETA Enterprises Inc. pwverner@vernerlaw.com |
| Paul W. Verner | on behalf of Debtor SPS Enterprises Inc. pwverner@vernerlaw.com |
| Paul W. Verner | on behalf of Attorney Paul William Verner pwverner@vernerlaw.com |
| Raymond M. Patella | on behalf of Interested Party Cape Atlantic Food Services LLC rpatella@kraemerburns.com |
| Richard J. Gerace | on behalf of Debtor SMS Enterprises Inc. rgerace14@comcast.net |
| Stephen McNally | on behalf of Creditor Buena Realty LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com |
| Stephen McNally | on behalf of Attorney Buena Realty LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com |
| Thomas R. Dominczyk | on behalf of Creditor Fox Capital Group Inc. tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 29