Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21332−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   SMS Enterprises Inc.
   P.O. Box 588
   Marlton, NJ 08053

Social Security No.:

Employer's Tax I.D. No.:
   22−3116659

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/10/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 10, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21332-ABA |
| SMS Enterprises Inc. | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 10, 2020 | Form ID: 148 | Total Noticed: 108 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SMS Enterprises Inc., P.O. Box 588, Marlton, NJ 08053-0588 |
| aty | + | Buena Realty, LLC f/k/a Mr. and Mrs. John Caselli, c/o Chiumento McNally, LLC, Laurel Oak Corporate Center, 1020 Laurel Oak Rd, Ste 203 Voorhees, NJ 08043-3518 |
| aty | + | Flaster/Greenberg P.C., Commerce Centr, 1810 Chapel Avenue West, Third Floor, Cherry Hill, NJ 08002-4606 |
| aty | + | Paul William Verner, Verner Simon, Five Greentree Centre, #104, 525 Rt. 73 North Marlton, NJ 08053-3422 |
| intp | + | Cape Atlantic Food Services, LLC, 91 Mays Landing Road, Somers Point, NJ 08244-1111 |
| cr | + | Covenant Bank, Attn Banks and Banks, 3038 Church Road, Lafayette Hill, PA 19444-1717 |
| acc | + | Michael Yarrow, Withumsmith+Brown, PC, 506 Carnegie Center #400, Princeton, NJ 08540-6243 |
| cr | + | Toyota Motor Credit Corporation, as servicer for T, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518287403 | + | ADVANCE MERCHANT SERVICES, 160 PEARL STREET, NEW YORK, NY 10005-1617 |
| 518287404 | + | ARA ARZOUMANIAN, 10 WELLINGTON COURT, MOUNT LAUREL, NJ 08054-3352 |
| 518287405 | + | ATLANTIC CITY ELECTRIC, P.O. BOX 1361, PHILADELPHIA, PA 19105 |
| 518287406 | + | BABBITT MANUFACTORING COMPANY INC, 719 PARK AVENUE, VINELAND, NJ 08360-3231 |
| 518354948 | + | Bianco Security, 2325 Magnolia Rd, Vineland, NJ 08361-6646 |
| 518354949 | + | Bimbo/Stroehmann, 255 Business Center, Horsham, PA 19044-3424 |
| 518496758 | + | Burger King Corporation, 5707 Blue Lagoon Dr., Miami, FL 33126-2015 |
| 518358296 | + | Burger King Franchise Agreement, 5505 Blue Lagoon Drive, Miami, FL 33126-2029 |
| 518287409 | + | CARTRIDGE WORLD OF VINELAND, 1370 S. MAIN RD, UNIT 8, VINELAND, NJ 08360-6501 |
| 518287410 | + | CINTAS CORP, P.O. BOX 630803, CINCINNATI, OH 45263-0803 |
| 518287411 | + | CIT, 1 CIT DR, LIVINGSTON, NJ 07039-5703 |
| 518287412 | + | COCA COLA NA, P.O. BOX 102703, ATLANTA, GA 30368-2703 |
| 518287413 | + | COLONIAL ELECTRIC SUPPLY, 201 W. CHURCH RD, KING OF PRUSSIA, PA 19406-3247 |
| 518287416 | + | CONNOVER PACKAGING, 119 DESPATCH DRIVE, EAST ROCHESTER, NY 14445-1447 |
| 518287417 | + | COPY DOCTORS, P.O. BOX 831, NORTHFIELD, NJ 08225-0831 |
| 518287418 | + | COVENANT BANK, 60 N. MAIN STREET, DOYLESTOWN, PA 18901-3730 |
| 518287419 | + | DEARBORN NATIONAL LIFE INSURANCE, 36788 EAGLE WAY, CHICAGO, IL 60678-0367 |
| 518287420 | + | ELLIOTTS SEPTIC, P.O. BOX 540, PORT ELIZABETH, NJ 08348-0540 |
| 518287421 | + | FCC COMMERCIAL FURNITURE, 8452 OLD HWY 99 NORTH, ROSEBURG, OR 97470-9594 |
| 518287422 | + | FOX CAPITAL GROUP, 140 BROADWAY 46TH FLOOR, NEW YORK, NY 10005-1155 |
| 518287424 | + | FRANKLIN MACHINE PRODUCTS LLC, 101 MT. HOLLY BYPASS, LUMBERTON, NJ 08048-1113 |
| 518287425 | + | FREDERICK CARPENTER, 11 Vernon Lane, Centereach, NY 11720-2811 |
| 518287426 | + | FREEMAN MATHIS & GARY, 100 GALLERIA PKWY, SUITE 1600, ATLANTA, GA 30339-5948 |
| 518287427 | + | FRONT LINE, P.O. BOX 670, ONTARIO, CA 91762-8670 |
| 518287428 | + | GRAVINO & VITTESE, PCS, 23 EUCLID STREET, P.O. BOX 618, WOODBURY, NJ 08096-7618 |
| 518287430 | + | HORIZON BCBS OF NEW JERSEY, P.O. BOX 10130, NEWARK, NJ 07101-3130 |
| 518287431 | + | HUNTER ADVANCE GRAVITY, 845 SW 17TH STREET, FORT LAUDERDALE, FL 33315-1610 |
| 518287432 | + | ICEE CORP, P.O. BOX 515723, LOS ANGELES, CA 90051-5203 |
| 518383592 | + | ICEE Company, 1205 S. Dupont Ave., Ontario, CA 91761-1536 |
| 518287433 | + | IN ADVANCE CRESTVIEW, 1450 BROADWAY AVENUE, SUITE 802, NEW YORK, NY 10018-2282 |
| 518287434 | + | IPFS, 24722 NETWORK PLACE, CHICAGO, IL 60673-1247 |
| 518287435 | + | JERSEY COAST FIRE, 377 ASBURY RD, FARMINGDALE, NJ 07727-3604 |

Case 19-21332-ABA    Doc 284    Filed 11/12/20    Entered 11/13/20 00:24:09    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 148 | Total Noticed: 108 |

| | | |
|---|---|---|
| 518301130 | + | KASH Capital, 475 Northern Blvd Floor 3, Suite 36, Great Neck, NY 11021-4819 |
| 518287437 | + | KELLY SWIFT, 10 WELLINGTON COURT, MOUNT LAUREL, NJ 08054-3352 |
| 518287438 | + | KEY BANK, 601 N. POTTSTOWN PIKE, EXTON, PA 19341-1660 |
| 518607752 | + | Kash Capital, Attn Ariel Bouskila, 80 Broad Street, Suite 3303, New York, NY 10004-2209 |
| 518287439 | + | LANDIS SEWAGE AUTHORITY, 1776 S. MILL RD, VINELAND, NJ 08360-6200 |
| 518287440 | + | MAINES PAPER AND FOOD SERVICE INC, 101 BROOME CORP PARKWAY, P.O. BOX 450, CONKLIN, NY 13748-0450 |
| 518287441 | + | MARLTON COMPUTER SERVICES INC, 230 N MAPLE AVENUE B3, MARLTON, NJ 08053-9412 |
| 518287442 | + | MIKE ZUMPINO, 834 PATTERSON DRIVE, LANDSDALE, PA 19446-5432 |
| 518287443 | + | MITCHELL WEISS, 4 YEARLING CHASE, MOUNT LAUREL, NJ 08054-4832 |
| 518534585 | + | Maintree Shopping Center LP, c/o Julie M. Murphy Esq, Hyland Levin Shapiro LLP, 6000 Sagemore Drive, Marlton NJ 08053-3900 |
| 518506539 | + | Maintree Shopping Center, L.P., 1519 Spruce Street, Philadelphia, PA 19102-4577 |
| 518509875 | + | Michael Zumpino, 834 Patterson Drive, Lansdale, PA 19446-5432 |
| 518287444 | + | NEW JERSEY MANUFACTORERS INS CO, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 518354951 | + | Netsurion, 100 W. Cypress Creek, Suite 530, Fort Lauderdale, FL 33309-2181 |
| 518398987 | | New Jersey Manufacturers Insurance Co., 302 Sullivan Way, W. Trenton, NJ 08628 |
| 518287446 | + | PAYDAY PAYROLL RESOURCES, 655 CREEK RD, BELLMAWR, NJ 08031-2409 |
| 518287447 | + | PITNEY BOWES FINANCIAL, P.O. BOX 371887, PITTSBURGH, PA 15250-7887 |
| 518287448 | + | PTW POWERWASH, 23 ABINGTON WAY, LUMBERTON, NJ 08048-5073 |
| 518287449 | + | QUILL FINANCIAL SERVICES, 807 W. HWY 50 STE 4, P.O. BOX 1506, O FALLON, IL 62269-1506 |
| 518287450 | + | RESTAURANT TECHNOLOGIES INC, 12962 COLLECTIONS CENTER DR, CHICAGO, IL 60693-0129 |
| 518287451 | + | ROBERTS OXYGEN COMPANY INC, 15830 REDLAND RD, P.O. BOX 5507, DERWOOD, MD 20855-0507 |
| 518354952 | + | Restaurant Technologies, 2250 Pilot Knob, Saint Paul, MN 55120-1127 |
| 518287452 | + | SECURALL MONITORING CORP, 206 WASHINGTON DR, BRICK, NJ 08724-3756 |
| 518287453 | + | SERVICE SPECIALIST, P.O. BOX 494, WILLAIMSTOWN, NJ 08094-0494 |
| 518287455 | + | SJ Gas Company, Po box 6091, Bellmawr, NJ 08099-6091 |
| 518287459 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ, Division of Taxation, Sales and Use, Po Box 240, Trenton, NJ 08695 |
| 518354954 | + | Sicom/Xenial Systems, 4140 Skyron Drive, Doylestown, PA 18902-1124 |
| 518287457 | #+ | South Jersey Glass and Door, 2732 S. West Blvd, Vineland, NJ 08360-7021 |
| 518287462 | + | State of NJ, Dept of Labor and Workforce Dev, Po Box 929, Trenton, NJ 08646-0929 |
| 518287461 | + | State of NJ, Dept of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 518287460 | + | State of NJ, Division of Revenue and, Enterprise Services, PO Box 302, Trenton, NJ 08646-0302 |
| 518420810 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518287463 | + | Stroehmann Bimbo Bakeries, 255 Business Center Drive, Horsham, PA 19044-3497 |
| 518287464 | + | Taylor Product Inc., 255 Raritan Center Pkwy, Edison, NJ 08837-3613 |
| 518388602 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518287468 | + | USA Today, PO Box 677446, Dallas, TX 75267-7446 |
| 518287466 | + | Unique Funding Solutions, 71 South Central Avenue, Valley Stream, NY 11580-5495 |
| 518287467 | + | United Healthcare, Po Box 94017, Palatine, IL 60094-4017 |
| 518287469 | + | VC Fanfarillo, 1463 N. Main Road, Vineland, NJ 08360-2540 |
| 518287472 | + | VWA Advisors, 390 Middletown Blvd, Unit 612, Langhorne, PA 19047-1882 |
| 518287470 | + | Vineland Landscaping, PO Box 2171, Vineland, NJ 08362-2171 |
| 518287471 | + | Vineland Municipal Utilities, 640 E. Wood Street, Vineland, NJ 08360-3722 |
| 518324237 | + | Vineland Municipal Utilities, Attn Jeffrey N. Medio, Esq., 717 E. Elmer St., Suite 7, Vineland, NJ 08360-4758 |
| 518287473 | + | Waste Management, Po Box 13648, Philadelphia, PA 19101-3648 |
| 518354958 | + | Waste Management, 1001 Fannin Street, Houston, TX 77002-6717 |
| 518287476 | + | Western Pest, 1131 Rt. 9 South, Cape May Court House, NJ 08210-2718 |
| 518287477 | + | Wheaton Plaza, 30 Tower Rd, Dayton NJ 08810-1571 |
| 518287478 | + | William Gruccio, Travis Garton, 1114 Venezia Avenue, Vineland NJ 08361-8706 |
| 518287479 | + | Withum Smith & Brown, PO Box 5340, Princeton, NJ 08543-5340 |
| 518287480 | + | Your Electronic System, 33 North Stark Hwy, Unit E, Weare, NH 03281-4649 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | EDI: IRS.COM | Nov 11 2020 02:18:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2020 22:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 148 | Total Noticed: 108 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 10 2020 22:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518317495 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 10 2020 22:31:00 | Atlantic City Electric Co., 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 518300108 | + | Email/Text: bankruptcy@bbandt.com | Nov 10 2020 22:31:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 518287407 | + | Email/Text: bankruptcy@bfscapital.com | Nov 10 2020 22:32:00 | BFS, 3301 N UNIVERSITY DRIVE, SUITE 300, POMPANO BEACH, FL 33065-4149 |
| 518287414 | + | EDI: COMCASTCBLCENT | Nov 11 2020 02:18:00 | COMCAST CABLE, P.O. BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 518287415 | + | EDI: COMCASTCBLCENT | Nov 11 2020 02:18:00 | COMCAST CABLE, P.O. BOX 3006, SOUTHEASTERN, PA 19398-3006 |
| 518349962 | + | Email/Text: B@directcapital.com | Nov 10 2020 22:33:00 | Direct Capital Corporation, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 518287423 | + | Email/Text: nikki.huff@franke.com | Nov 10 2020 22:33:00 | FRANKE FOODSERVICE SYSTEMS, 800 AVIATION PKWY, SMYRNA, TN 37167-2581 |
| 518287429 | + | Email/Text: info@vinelandchamber.org | Nov 10 2020 22:30:00 | GREATER VINELAND CHAMBERS OF COMMERCE, 2115 S. DELSEA DRIVE, VINELAND, NJ 08360-7077 |
| 518287436 | + | Email/Text: kabbagebankruptcy@brantonlawfirm.com | Nov 10 2020 22:33:00 | KABBAGE, P.O. BOX 77081, ATLANTA, GA 30357-1081 |
| 518378266 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 10 2020 22:32:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 518287445 | + | Email/Text: bankruptcy@ondeck.com | Nov 10 2020 22:33:00 | ON DECK, 1400 BROADWAY AVENUE, NEW YORK, NY 10018-5300 |
| 518515477 | + | Email/Text: bankruptcy@ondeck.com | Nov 10 2020 22:33:00 | On Deck Capital, Inc., c/o Christine Levi, 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 518287458 | | EDI: NEXTEL.COM | Nov 11 2020 02:18:00 | Sprint, Po Box 4181, Carol Stream, IL 60197 |
| 518354955 | | EDI: NEXTEL.COM | Nov 11 2020 02:18:00 | Sprint Cellular, 6200 Sprint Parkway, Overland Park, KS 66251 |
| 518287465 | + | EDI: TFSR.COM | Nov 11 2020 02:18:00 | Toyota Financial Services, PO Box 5236, Carol Stream,IL 60197-5236 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Maintree Shopping Center,L.P., c/o Gruccio, Pepper, De Santo & Ruth, PA, 817 E. Landis Avenue, Vineland |
| 518325500 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518287456 | *+ | SJ Gas Company, POBox 6091, Bellmawr, NJ 08099-6091 |
| 518473140 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518287475 | *+ | Waste Management, PO Box 13648, Philadelphia PA 19101-3648 |
| 518287408 | ##+ | BURGER KING CORP, 5505 BLUE LAGOON DRIVE, MIAMI, FL 33126-2029 |
| 518287454 | ##+ | SNAPBOX SELF STORAGE, 714 S. HARDING HWY, BUENA, NJ 08310-9706 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Nov 10, 2020 | Form ID: 148 | Total Noticed: 108 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2020                              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Damien Nicholas Tancredi | on behalf of Debtor SMS Enterprises Inc. damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com |
| Damien Nicholas Tancredi | on behalf of Debtor ETA Enterprises  Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com |
| Damien Nicholas Tancredi | on behalf of Debtor SPS Enterprises  Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com |
| Damien Nicholas Tancredi | on behalf of Accountant Michael Yarrow damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com |
| Daniel P. Bernstein | on behalf of Creditor Covenant Bank d.p.bernstein1@gmail.com |
| David Banks | on behalf of Creditor Covenant Bank bbwlaw@yahoo.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| E. Richard Dressel | on behalf of Debtor ETA Enterprises  Inc. rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Debtor SMS Enterprises Inc. rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Debtor SPS Enterprises  Inc. rdressel@lexnovalaw.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Lease Trust bk@stewartlegalgroup.com |
| Jay B Feldman | on behalf of Creditor Gary Peart jay@leighton-law.com  anna@leighton-law.com |
| Jeffrey M. Sponder | on behalf of Debtor SPS Enterprises  Inc. jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jeffrey N. Medio | on behalf of Creditor Vineland Municipal Utilites jmedio@mediolawfirm.com |
| Judith Carol Arnold | on behalf of Creditor Buena Realty  LLC f/k/a Mr. and Mrs. John Caselli jarnold@grucciopepper.com, jmorvay@grucciopepper.com |
| Judith Carol Arnold | on behalf of Creditor Maintree Shopping Center  L.P., Landlord jarnold@grucciopepper.com, jmorvay@grucciopepper.com |
| Julie M. Murphy | on behalf of Creditor Maintree Shopping Center L.P. jmmurphy@stradley.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 10, 2020 | Form ID: 148 | Total Noticed: 108 |

Kevin Joseph Bloom
    on behalf of Creditor Maines Paper & Food  Inc. kbloom@hhk.com

Paul W. Verner
    on behalf of Debtor ETA Enterprises  Inc. pwverner@vernerlaw.com

Paul W. Verner
    on behalf of Debtor SPS Enterprises  Inc. pwverner@vernerlaw.com

Paul W. Verner
    on behalf of Attorney Paul William Verner pwverner@vernerlaw.com

Raymond M. Patella
    on behalf of Interested Party Cape Atlantic Food Services  LLC rpatella@kraemerburns.com

Richard J. Gerace
    on behalf of Debtor SMS Enterprises Inc. rgerace14@comcast.net

Stephen McNally
    on behalf of Creditor Buena Realty  LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com,
    lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com

Stephen McNally
    on behalf of Attorney Buena Realty  LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com,
    lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com

Thomas R. Dominczyk
    on behalf of Creditor Fox Capital Group  Inc. tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 29