| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>WITHUM SMITH + BROWN, P.C.<br>CERTIFIED PUBLIC ACCOUNTANTS<br>200 Jefferson Park, Suite 400<br>Whippany, NJ 07981<br>(973) 898-9494<br>Accountants for The Debtors |
|---|
| In Re:<br><br>**SMS Enterprises, Inc.**<br><br>                                                    **Debtor.** |

Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-21332

Chapter 11

Hearing Date:

Judge: Honorable Andrew B. Altenburg, Jr.

## ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION
## FOR COMPENSATION TO ACCOUNTANTS FOR THE DEBTORS

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: November 12, 2020**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Debtors in these jointly administered cases, along with the associated case numbers, are *SPS Enterprises, Inc.*, Case No. 19-21330, *ETA Enterprises, Inc.*, Case No. 19-21331, and *SMS Enterprises, Inc.*, Case No. 19-21332.

(Page 2)

Debtor:        SMS Enterprises, Inc

Case No.: 19-21332 (ABA)

Caption of Order:        **ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR DEBTORS**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| SMS Enterprises, Inc 19-21332<br>Withum Smith + Brown, P.C. | $10,466.00 | None |
| SPS Enterprises, Inc. 19-21330<br>Withum Smith + Brown, P.C. | $7,435.00 | None |
| ETA Enterprises, Inc. 19-21331<br>Withum Smith + Brown, P.C. | $8,129.00 | None |

The Debtors in these jointly administered cases, along with the associated case numbers, are *SPS Enterprises, Inc.*, Case No. 19-21330, *ETA Enterprises, Inc.*, Case No. 19-21331, and *SMS Enterprises, Inc.*, Case No. 19-21332.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-21332-ABA

SMS Enterprises Inc.  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Nov 12, 2020  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SMS Enterprises Inc., P.O. Box 588, Marlton, NJ 08053-0588 |
| aty | + | Flaster/Greenberg P.C., Commerce Centr, 1810 Chapel Avenue West, Third Floor, Cherry Hill, NJ 08002-4606 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Damien Nicholas Tancredi | on behalf of Debtor ETA Enterprises Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com |
| Damien Nicholas Tancredi | on behalf of Debtor SPS Enterprises Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com |
| Damien Nicholas Tancredi | on behalf of Accountant Michael Yarrow damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| Damien Nicholas Tancredi | on behalf of Debtor SMS Enterprises Inc. damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| Daniel P. Bernstein | on behalf of Creditor Covenant Bank d.p.bernstein1@gmail.com |
| David Banks | |

Case 19-21332-ABA    Doc 288    Filed 11/14/20    Entered 11/15/20 00:20:46    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Covenant Bank bbwlaw@yahoo.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| E. Richard Dressel | on behalf of Debtor SMS Enterprises Inc. rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Debtor SPS Enterprises Inc. rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Debtor ETA Enterprises Inc. rdressel@lexnovalaw.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Lease Trust bk@stewartlegalgroup.com |
| Jay B Feldman | on behalf of Creditor Gary Peart jay@leighton-law.com anna@leighton-law.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | on behalf of Debtor SPS Enterprises Inc. jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov |
| Jeffrey N. Medio | on behalf of Creditor Vineland Municipal Utilites jmedio@mediolawfirm.com |
| Judith Carol Arnold | on behalf of Creditor Buena Realty LLC f/k/a Mr. and Mrs. John Caselli jarnold@grucciopepper.com, jmorvay@grucciopepper.com |
| Judith Carol Arnold | on behalf of Creditor Maintree Shopping Center L.P., Landlord jarnold@grucciopepper.com, jmorvay@grucciopepper.com |
| Julie M. Murphy | on behalf of Creditor Maintree Shopping Center L.P. jmmurphy@stradley.com |
| Kevin Joseph Bloom | on behalf of Creditor Maines Paper & Food Inc. kbloom@hhk.com |
| Paul W. Verner | on behalf of Debtor ETA Enterprises Inc. pwverner@vernerlaw.com |
| Paul W. Verner | on behalf of Debtor SPS Enterprises Inc. pwverner@vernerlaw.com |
| Paul W. Verner | on behalf of Attorney Paul William Verner pwverner@vernerlaw.com |
| Raymond M. Patella | on behalf of Interested Party Cape Atlantic Food Services LLC rpatella@kraemerburns.com |
| Richard J. Gerace | on behalf of Debtor SMS Enterprises Inc. rgerace14@comcast.net |
| Stephen McNally | on behalf of Attorney Buena Realty LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com |
| Stephen McNally | on behalf of Creditor Buena Realty LLC f/k/a Mr. and Mrs. John Caselli smcnally@cmsfirm.com, lburgo@cmsfirm.com;jlong@cmsfirm.com;pbellino@cmsfirm.com |
| Thomas R. Dominczyk | on behalf of Creditor Fox Capital Group Inc. tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 29